IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA

2016 OCT -3  AM 9: 40

OFFICE OF THE CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiffs, | Case No. 8:15CR181 |
| vs. | |
| JAVON L. MURRY, | Order |
| Defendants. | |

Before the Court is the request for transcript [44] of hearing held on July 13, 2015 [16].

IT IS ORDERED:

1. The request for transcript, filing [44] is granted.

2. Javon L. Murry, is ordered to pay to the Clerk the amount of $24.25. Should the cost of the transcript exceed this amount, the requestor will be required to pay the difference. Likewise, should the cost of the transcript be less than $24.25, a refund check will be issued.

3. Upon receipt of this fee, the Clerk is ordered to prepare a transcript of the hearing held on 07/13/2015. A paper copy of the transcript shall be mailed to the requestor. A copy of this order should also be mailed to the requestor.

4. The Court Reporter for the Change of Plea Hearing held on August 25, 2015, and the Sentencing Hearing held on January 7, 2016, shall be in contact with the defendant regarding payment for those transcripts.

DATED: October 3, 2016

BY THE COURT:

s/ F.A. Gossett
United States Magistrate Judge